# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MOMS FOR AMERICA, et al.,

    Plaintiffs,

v.

                                      Case No. 3:24-cv-650-MMH-MCR

U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al.,

    Defendants.

## ORDER REASSIGNING CASE

On November 8, 2024, the Chief Justice of the United States Supreme Court designated and assigned Senior Judge William G. Young of the United States District Court for the District of Massachusetts to perform judicial duties in the Middle District of Florida during the period of January 1, 2025, through June 30, 2025, and for such time as needed thereafter as required to complete unfinished business. As such, and with the consent of Judge Young who has agreed to assist the Middle District of Florida, this case is hereby reassigned to Judge Young.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of January, 2025.

                                                      MARCIA MORALES HOWARD
                                                      United States District Judge

Lc34
Copies:

Honorable William G. Young

Clerk of Court

Counsel of Record